IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| JEREMIAH M. PRICE and<br>CANDICE PRICE, Individually<br>And as husband and wife | PLAINTIFFS |
| VS.   NO. 2:17CV0138 JM | |
| TERRY S. TAYLOR, RYDER TRUCK RENTAL, LT.,<br>RYDER INTEGRATED LOGISTICS, INC, and<br>RYDER TRUCK RENTAL, INC. | DEFENDANTS |
| PUBLIC EMPLOYEE CLAIMS DIVISION OF THE<br>ARKANSAS INSURANCE DEPARTMENT AND<br>ARKANSAS DEPARTMENT TRANSPORTATION | INTERVENOR |

**ORDER**

The Court has been advised that the parties have reached a settlement of this matter. Accordingly, this case is removed from the trial docket the week of March 18, 2019, all deadlines are suspended and all pending motions are denied as moot.

IT IS SO ORDERED this 7th day of February, 2019.

_____
James M. Moody Jr.
United States District Judge