IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEREMIAH M. PRICE and
CANDICE PRICE, Individually
And as husband and wife                                                            PLAINTIFFS

VS.                                       NO. 2:17CV0138 JM

TERRY S. TAYLOR, RYDER TRUCK RENTAL, LT.,
RYDER INTEGRATED LOGISTICS, INC, and
RYDER TRUCK RENTAL, INC.                                           DEFENDANTS

PUBLIC EMPLOYEE CLAIMS DIVISION OF THE
ARKANSAS INSURANCE DEPARTMENT AND
ARKANSAS DEPARTMENT TRANSPORTATION               INTERVENOR

**ORDER**

      Pending is the parties' stipulation of dismissal. (Docket # 90). Having been advised that the parties have reached a settlement of this matter, this case is hereby dismissed with prejudice with each party to bear its own fees and costs.

      IT IS SO ORDERED this 25th day of July, 2019.

                                                                                            _____
                                                                                             James M. Moody Jr.
                                                                                             United States District Judge